# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD D. SMITH,** | : | **CIVIL ACTION NO. 1:05-CV-2474** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **HENRY J. SADOWSKI**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of December 2005, it is hereby ORDERED that defendants shall file an answer to the complaint (Doc. 1) or appropriate pre-trial motion on or before December 27, 2005

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge