IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD D. SMITH,** | : | **CIVIL ACTION NO. 1:05-CV-2474** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **HENRY J. SADOWSKI**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of January 2006, upon consideration of defendants' notice to the court (Doc. 7-1) indicating that plaintiff has failed to comply with L.R. 83.18 in that he has not kept the court informed of his current address[1], and it appearing that plaintiff was advised of the necessity of promptly notifying the court of any changes of his current address *via* the court's standing practice order (Doc. 2, p. 3, 4)[2], and it further appearing that although the court confirmed that plaintiff was released on parole[3], because of the court's inability to communicate with

---

[1] According to the Bureau of Prisons SENTRY computer system, plaintiff was released from the USP Big Sandy, Kentucky on December 20, 2005, *via* parole. (Doc. 7-2, p. 1).

[2] "A *pro se* plaintiff has the affirmative obligation to keep the court informed of his or her address. Should such address change in the course of this litigation, the plaintiff shall immediately inform the court of such change, in writing. If the court is unable to communicate with the plaintiff because the plaintiff has failed to notify the court of his or her address, the plaintiff will be deemed to have abandoned the lawsuit." (Doc. 2, pp. 3, 4).

[3] The court consulted the Bureau of Prisons inmate locator, which confirmed that plaintiff was released on December 20, 2005. In addition, USP Big Sandy was contacted and advised the court that there was no forwarding address for plaintiff.

plaintiff, the court has no choice but to conclude that plaintiff has abandoned the lawsuit, it is hereby ORDERED that:

1. The plaintiff is DEEMED to have ABANDONED the lawsuit.

2. The Clerk of Court shall TERMINATE defendants' motion to dismiss (Doc. 8).

3. The Clerk of Court is directed to CLOSE this case.


   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge